

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DIANNA L. GIBBS D/B/A WELLS GREY GROUP, | § | |
| | § | No. 08-12-00330-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO. 14, LLC, | § | of Collin County, Texas |
| Appellee. | § | (TC# 006-01779-2011) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render that Appellee take nothing against Appellant. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.